**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION**

| | |
|---|---|
| HEALTH CHOICE ADVOCATES, LLC, § <br> PLAINTIFF/RELATOR ON BEHALF OF § <br> OF THE UNITED STATES OF AMERICA § <br> AND 29 STATES (CA; CO; CT, DE; DC; FL; § <br> GA; HI; IL; ID; IA; LA; MD; MA; MI; MN; § <br> MT; NV; NJ; NM; NY; NC ;OK; RI; TN; TX; § <br> VT; WA) AND JAIME GREEN, § <br> PLAINTIFF/RELATOR ON BEHALF OF § <br> OF THE UNITED STATES OF AMERICA § <br> AND 29 STATES ( CA; CO; CT, DE; DC; § <br> FL; GA; HI; IL; ID; IA; LA; MD; MA; MI; § <br> MN; MT; NV; NJ; NM; NY; NC ;OK; RI; TN; § <br> TX; VT; WA), § <br> § <br>        Plaintiffs, § <br> § <br> v. § <br> § <br> GILEAD SCIENCES, INC., HEALTHSTAR § <br> CLINICAL EDUCATION SOLUTIONS § <br> LLC, COVANCE INC, § <br> § <br>        Defendants. § | CIVIL ACTION NO.  5:18-CV-00095-RWS |

## ORDER

Pursuant to the Court's order dismissing the case, the Court hereby enters Final Judgment.

Accordingly, it is

**ORDERED** that Plaintiffs' claims on behalf of the United States are **DISMISSED WITH PREJUDICE** as to Plaintiffs and **DISMISSED WITHOUT PREJUDICE** as to the United States.  It is further

**ORDERED** that Plaintiffs' claims on behalf of Texas and New Jersey are **DISMISSED WITHOUT PREJUDICE**.  It is finally

**ORDERED** that Plaintiffs' claims on behalf of all other states are **DIMISSED WITH PREJUDICE** as to Plaintiffs and **DISMISSED WITHOUT PREJUDICE** as to the relevant state.

The Clerk of the Court is directed to close this case.

It is so **ORDERED**.

**SIGNED this 11th day of March, 2020.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE